Before STATE INDUSTRIAL BOARD, Respondent. NATHAN A. PAINE, Respondent, v. GLENN W. LEIGHBODY, Appellant, Impleaded with Another, Defendant.— Award unanimously affirmed, with costs to the State Industrial Board.

MINGA P. PATCHIN, as Executrix, etc., of HARRY H. DURYEA, Deceased, Appellant, v. EDSON F. STARKS, Respondent.— Judgment unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP GILLETT COLE, Relator, v. JOHN F. GILCHRIST and Others, Constituting the State Tax Commission, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. HARRY B. ROTHWELL, Respondent, v. SHIPLEY CONSTRUCTION AND SUPPLY COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOSEPHINE REICHARD, Respondent, v. H. H. FRANKLIN MANUFACTURING COMPANY and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that the evidence submitted does not sustain the finding of an accident. All concur.

HENRY E. ROGERS, Respondent, v. EZEKIEL O. ROSE and Others, Copartners, etc., Appellants.— Judgment and order unanimously affirmed, with costs.

EDWINA B. SNELL, Appellant, v. BERTRAND H. SNELL, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. THE STATE TREASURER (Claim Arising Out of Death of ANTONIO MAZZELLA), Respondent, v. INTER-CITIES CONSTRUCTION CORPORATION and Another, Appellants.— Award affirmed on the authority of *Matter of State Treasurer v. West Side Trucking Co.* (233 N. Y. 202), with costs to the State Industrial Board. All concur, except H. T. Kellogg and Hinman, JJ., dissenting on the ground that a year not having elapsed between the date of the death and the date of the award the employer and carrier were not able to prove that there was a dependent who would within a year file a claim and show herself entitled to an award.

Before STATE INDUSTRIAL BOARD, Respondent. THE STATE TREASURER (Claim Arising Out of the Death of ROBERT CUSACK), Respondent, v. RITER-CONLEY COMPANY, Appellant.— Awards modified by striking therefrom the award of $150 for medical services, on the authority of *Sandberg* v. *Seymour Dress Co., Inc.* (215 App. Div. 728), and as so modified unanimously affirmed, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. CATHERINE SULLIVAN, Respondent, v. BROOKLYN ASH REMOVAL Co., INC., and Another, Appellants.— Appeal withdrawn.

Before STATE INDUSTRIAL BOARD, Respondent. GEORGE SMITH, Respondent, v. H. J. SACKETT COMPANY and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that no written notice of injury was given, no finding having been made that the employer had knowledge of the accident the failure to give notice has been improperly excused. All concur.